```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
JIANHU YI, et al.,                  :
                                    :
                    Plaintiffs,     :     21 Civ. 2669 (VM)
                                    :
    - against -                     :     ORDER
                                    :
GTV MEDIA GROUP, INC., et al,       :
                                    :
                    Defendant.      :
-----------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

The parties are directed to submit a joint letter no later than June 15, 2021 addressing the following in separate paragraphs: (1) a brief description of the case, including the factual and legal bases for the claim(s) and defense(s); (2) any contemplated motions; (3) the prospect for settlement; and (4) whether the parties consent to proceed for all purposes before the Magistrate Judge designated for this action. The parties are also directed to submit a completed Case Management Plan. The Case Management Plan must provide that discovery is to be completed within four months unless otherwise permitted by the Court. A model Case Management Plan is available on the Court's website: https://nysd.uscourts.gov/hon-victor-marrero.

Submissions must be made in accordance with Judge Marrero's Emergency Individual Rules and Practices in Light of COVID-19, available at the Court's website.

**SO ORDERED.**

Dated:    New York, New York
          19 May 2021

_____
Victor Marrero
U.S.D.J.