```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/7/2022
```

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
JIANHU YI, ET AL.,                      :
                                        :
                    Plaintiffs,         :    21 Civ. 2669 (VM)
                                        :
    - against -                         :          ORDER
                                        :
GTV MEDIA GROUP, INC., ET AL.,          :    REQUEST FOR STATUS UPDATE
                                        :
                    Defendants.         :
---------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

Upon review of the Docket Sheet of this case, the Court notes that discovery in this matter was stayed on September 22, 2021. (See Dkt. 39.) Magistrate Judge Gorenstein held a settlement conference on October 25, 2021. No communication with the Court has been received following that conference. Accordingly, it is hereby

**ORDERED** that the parties are directed to inform the Court within five (5) days of the date of this Order concerning the status of this litigation following the settlement conference.

**SO ORDERED.**

Dated:    New York, New York
          January 7, 2022

_____
Victor Marrero
U.S.D.J.