```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/1/2022
```

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
JIANHU YI, ET AL.,                       :
                                         :
                    Plaintiffs,          :    21 Civ. 2669 (VM)
                                         :
       - against -                       :         ORDER
                                         :
GTV MEDIA GROUP, INC., ET AL.,           :    REQUEST FOR STATUS UPDATE
                                         :
                    Defendants.          :
----------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

Upon review of the Docket Sheet of this case, the Court notes that it requested a status update from the parties on January 7, 2022. (See Dkt No. 45.) No communication with the Court has been received. Accordingly, it is hereby

**ORDERED** that the parties are directed to inform the Court within seven (7) days of the date of this Order concerning the status of this litigation following the settlement conference. Failure to comply with this order may result in dismissal without further notice.

**SO ORDERED.**

Dated:   New York, New York
         February 1, 2022

_____
Victor Marrero
U.S.D.J.