```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/7/2022
```

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
JIANHU YI, ET AL.,                       :
                                         :
                    Plaintiffs,          :    21 Civ. 2669 (VM)
                                         :
    - against -                          :        ORDER
                                         :
GTV MEDIA GROUP, INC., ET AL.,           :   REQUEST FOR STATUS UPDATE
                                         :
                    Defendants.          :
----------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

Upon review of the Docket Sheet of this case, the Court notes that on July 25, 2022, the Plaintiffs requested the case be referred to the magistrate court for settlement. (See Dkt. No. 52.) The Court granted that request on July 26, 2022. (Dkt. No. 53.) On August 9, 2022, the Magistrate Court cancelled the settlement conference because the parties sought alternative relief than assistance with settlement and advised the parties to seek relief from this Court. (Dkt. No. 56.) The Court has not received any further correspondence from the parties. Accordingly, it is hereby

**ORDERED** that the parties are directed to provide a status update within five (5) days of the date of this Order. Failure to comply may result in dismissal for lack of prosecution without further notice.

**SO ORDERED.**

Dated:    New York, New York
          September 7, 2022

_____
Victor Marrero
U.S.D.J.