USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/23/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------X
JIANHU YI, et al.,                  :
                                    :
                    Plaintiffs,     :      21 Civ. 2669 (VM)
                                    :
    - against -                     :      **ORDER**
                                    :
GTV MEDIA GROUP, INC., et al.,      :
                                    :
                    Defendants.     :
------------------------------------X

**VICTOR MARRERO, United States District Judge.**

Upon review of the parties' filings regarding Plaintiffs' motion to dismiss Defendant Wengui Guo in this matter, (see Plaintiffs' Letter, Dkt. No. 64; Defendants' Letter, Dkt. No. 66), this Court hereby directs the parties to file a stipulation of dismissal for Defendant Wengui Guo.

**SO ORDERED.**

Dated:   New York, New York
         September 23, 2022

                                    _____
                                    Victor Marrero
                                    U.S.D.J.