USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/17/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JIANHU YI, et al.,

                Plaintiffs,

- against -

GTV MEDIA GROUP, INC., et al.,

                Defendants.

21 Civ. 2669 (VM)

**ORDER**

**REQUEST FOR STATUS UPDATE**

**VICTOR MARRERO**, United States District Judge.

    Upon review of the Docket Sheet of this case, the Court notes that there has been no activity in this case since October 13, 2022. Accordingly, it is hereby

    **ORDERED** that the parties file a joint letter updating the Court on the status of this litigation within seven (7) days of the date of this Order. Failure to comply will lead to dismissal for lack of prosecution.

**SO ORDERED.**

Dated:    17 April 2023
             New York, New York

                                                  _____
                                                  Victor Marrero
                                                    U.S.D.J.