```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/24/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JIANHU YI, et al.,

               Plaintiffs,

- against -

GTV MEDIA GROUP, INC., et al.,

               Defendants.

21 Civ. 2669 (VM)

**ORDER**

**REQUEST FOR STATUS UPDATE**

**VICTOR MARRERO, United States District Judge.**

    On April 22, 2023, the parties filed a joint letter providing a status update in the above-captioned matter. (See Dkt. No. 74.) Having reviewed the letter, the Court hereby directs the parties to submit a joint update regarding any changes in circumstances with respect to settlement of the remaining claims.

**SO ORDERED.**

Dated:    24 April 2023
            New York, New York

                                       Victor Marrero
                                         U.S.D.J.