UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JIANHU YI, et al.,

                        Plaintiffs,

        -against-

GTV MEDIA GROUP, INC., et al.,

                        Defendants.

21-CV-02669 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

On July 20, 2023, the Court held a conference with the parties to discuss the status of the case, including a motion to withdraw filed by Plaintiffs' counsel, Mr. Arthur Angel. Prior to the conference, Mr. Peter Ginsberg filed a Notice of Appearance, indicating that he represents one of the Plaintiffs, Jianhu Yi. If Mr. Ginsberg intends to represent both Plaintiffs, Jianhu Yu and Quiju Jia, as suggested during the July 20 conference, Mr. Ginsberg shall file a Notice of Appearance as to Quiju Jia.

IT IS HEREBY ORDERED that by **August 3, 2023**, Mr. Angel shall produce the entire case file, along with all relevant communications, to Mr. Ginsberg. By **August 10, 2023**, Mr. Ginsberg shall file a letter informing the Court whether he has received the entire case file. If the Court receives confirmation from Mr. Ginsberg that all files have been produced, the Court will grant Mr. Angel's motion to withdraw.

IT IS FURTHER ORDERED that if Plaintiffs seek to move forward with this case, the parties shall file on ECF a joint letter described below as well as a proposed Civil Case Management Plan and Scheduling Order attached as an exhibit to the joint letter. The parties shall use this Court's form Proposed Civil Case Management Plan and Scheduling Order, which is available at https://nysd.uscourts.gov/hon-jessica-g-l-clarke. The joint letter and Proposed Civil Case Management Plan and Scheduling Order shall be filed by **August 24, 2023**.

The joint letter shall not exceed five pages, and shall provide the following information in separate paragraphs:

(1)     A statement indicating whether the parties believe they can do without an initial pretrial conference. If so, the Court may enter a case management plan and scheduling order without a conference;

(2)     A brief statement of the nature of the action and the principal defenses thereto, and the major legal and factual issues that are most important to resolving the case, whether by trial, settlement or dispositive motion;

(3)     A brief description of any discovery that has already taken place and of any

discovery that is necessary for the parties to engage in meaningful settlement negotiations;

(4)     A brief description of the status of prior settlement discussions, without disclosing exact offers and demands;

(5)     Any other information that the parties believe may assist the Court in advancing the case to settlement or trial, including, but not limited to, a description of any dispositive issue or novel issue raised by the case.

If this case has been settled or otherwise terminated, counsel shall file a joint letter to that effect and, if applicable, shall file a stipulation of dismissal or other proof of termination using the appropriate ECF Filing Event. *See* SDNY ECF Rules & Instructions §§ 13.17-13.19 & App'x A, *available at* https://www.nysd.uscourts.gov/electronic-case-filing.

In accordance with the Court's Individual Rules and Practices, requests for an extension or adjournment may be made only by letter-motion filed on ECF and must be received at least 48 hours before the deadline or conference. The written submission must state (1) the original date and the new date requested; (2) the number of previous requests for adjournment or extension; (3) whether these previous requests were granted or denied; (4) the reason for the extension or adjournment; (5) whether the adversary consents and, if not, the reasons given by the adversary for refusal to consent; and (6) to the extent applicable, the date of the parties' next scheduled appearance before the Court.

Dated: July 21, 2023
     New York, New York

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge